1  ROBERT W. THOMPSON, Esq. (SBN 106411)
   **CALLAHAN, THOMPSON, SHERMAN**
2  **& CAUDILL, LLP**
   2601 Main Street, Suite 800
3  Irvine, California 92614
   Tel    :        (949)  261-2872
4  Fax    :        (949)  261-6060
   Email  :        rthompson@ctsclaw.com
5
   Attorneys for Plaintiffs,
6  **ROGER MANN and SHERRIE MANN**

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11

12  ROGER MANN, an individual; SHERRIE     | No.: 1:13-CV-00666-AWI-SKO
    MANN, an individual,                   |
13                                         | SHEILA K. OBERTO
                                           | U.S. Magistrate Judge
14              Plaintiffs,                | Complaint Date: 5/7/2013
        vs.                                |
15                                         | **ORDER FOR DISMISSAL WITHOUT**
                                           | **PREJUDICE**
16  DELAWARE NORTH COMPANIES,              |
    INCORPORATED, Delaware corporation;    |
17  DELAWARE NORTH COMPANIES               |
    PARKS & RESORTS, INC., a Delaware      |
18  corporation; DELAWARE NORTH            |
    COMPANIES TRAVEL HOSPITALITY           |
19  SERVICES, INC., a Delaware corporation;|
    DNC PARKS AND RESORTS, INC., a         |
20  Delaware corporation; DNC PARKS AND    |
    RESORTS AT YOSEMITE, INC.,             |
21  Delaware corporation;                  |
    CURRY VILLAGE, an entity form          |
22  unknown; and CAMP CURRY, an entity     |
    form unknown,                          |
23                                         |
24              Defendants.                |

25

26      Pursuant to the Joint Stipulation of the parties hereto,

27      IT IS HEREBY ORDERED:

28  / / /

1. Plaintiffs' Complaint only as against Defendants DELAWARE NORTH COMPANIES, INC., DELAWARE NORTH COMPANIES PARKS & RESORTS, INC., DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES, INC., DNC PARKS & RESORTS, INC., CURRY VILLAGE, AND CAMP CURRY, is hereby dismissed without prejudice; and

2. All parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   August 16, 2013                              _____
                                                                            SENIOR DISTRICT JUDGE