ROBERT W. THOMPSON, Esq. (SBN 106411)
**CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**
2601 Main Street, Suite 800
Irvine, California 92614
Tel    :    (949) 261-2872
Fax    :    (949) 261-6060
Email  :    rthompson@ctsclaw.com

Attorneys for Plaintiffs,
**ROGER MANN and SHERRIE MANN**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MANN, an individual; SHERRIE MANN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> DELAWARE NORTH COMPANIES, INCORPORATED, Delaware corporation; DELAWARE NORTH COMPANIES PARKS & RESORTS, INC., a Delaware corporation; DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES, INC., a Delaware corporation; DNC PARKS AND RESORTS, INC., a Delaware corporation; DNC PARKS AND RESORTS AT YOSEMITE, INC., Delaware corporation; CURRY VILLAGE, an entity form unknown; and CAMP CURRY, an entity form unknown, <br><br> Defendants. | No.: 1:13-CV-00666-AWI-SKO <br><br> SHEILA K. OBERTO <br> U.S. Magistrate Judge <br> Complaint Date: 5/7/2013 <br><br> **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the Joint Stipulation of the parties hereto,

IT IS HEREBY ORDERED:

/ / /

- 1 -
ORDER FOR DISMISSAL WITHOUT PREJUDICE

1. Plaintiffs' Complaint only as against Defendants DELAWARE NORTH COMPANIES, INC., DELAWARE NORTH COMPANIES PARKS & RESORTS, INC., DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES, INC., DNC PARKS & RESORTS, INC., CURRY VILLAGE, AND CAMP CURRY, is hereby dismissed without prejudice; and

2. All parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  August 16, 2013                           _____
                                                  SENIOR DISTRICT JUDGE